UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARC BAIER,<br><br>RYAN ADAMS, and<br><br>DANIEL GERICKE,<br><br>       *Defendants.* | Case No. 21-CR-577 (CJN) |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, Mark J. Lesko, the Acting Assistant Attorney General for the National Security Division, requests that the Court enter the appearance of Trial Attorney Scott A. Claffee, at telephone number 718-254-6016 and e-mail address scott.claffee@usdoj.gov, as counsel of record for the government.

Respectfully submitted,

MARK J. LESKO
ACTING ASSISTANT ATTORNEY GENERAL
NATIONAL SECURITY DIVISION

    */s/ Scott A. Claffee*
Scott A. Claffee
D.C. Bar No. 502470
Trial Attorney
Counterintelligence & Export Control Section
National Security Division
U.S. Department of Justice
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530
Office: 718-254-6016
scott.claffee@usdoj.gov