UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff*,<br><br>v.<br><br>MARC BAIER, *et. al.*,<br><br>*Defendants*. | Civil Action No. 1:21-cr-577 |

## ORDER TO EFFECT PROPER SERVICE

Having considered the government's Unopposed Motion to Dismiss with Prejudice the Criminal Information currently pending in this matter pursuant to Fed. R. Crim. P. 48(a), it is hereby

ORDERED that the Government's Unopposed Motion is GRANTED and the Criminal Information in the above-captioned matter is hereby dismissed with prejudice.

SO ORDERED.

DATE:  October 15, 2024

_____
CARL J. NICHOLS
United States District Judge

1